**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIE MITCHELL, on behalf of himself and of all others similarly situated, | )<br>)<br>) Case No. 1:22-cv-04749 |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CREDIT SOLUTIONS, LLC; and SYNCHRONY FINANCIAL, | )<br>)<br>) |
| Defendants. | ) |

**NOTIFICATION AS TO AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and N.D. Ill. LR 3.2, Defendant Synchrony Financial, by and through its counsel, hereby submits this notification as to affiliates.

1. The following individuals or entities own 5% or more of Synchrony Financial:

    a. The Vanguard Group

    b. Capital World Investors

    c. BlackRock, Inc.

    d. FMR LLC

2. After a diligent review, there are no other individuals or entities owning 5% or more of Synchrony Financial.

Dated: September 6, 2022            Respectfully submitted,

SYNCHRONY FINANCIAL

By: /s/ *Megan B. Poetzel*

Megan B. Poetzel (#6243664)
Elizabeth B. Scott (#6333329)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
mpoetzel@jenner.com
escott@jenner.com

*Attorneys for Defendant Synchrony Financial*

**CERTIFICATE OF SERVICE**

    I, Megan B. Poetzel, certify that on September 6, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                          /s/ *Megan B. Poetzel*
                                            Megan B. Poetzel