IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE MITCHELL, on behalf of himself and of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 1:22-cv-04749 |
| v. | ) ) | Hon. Joan B. Gottschall |
| CREDIT SOLUTIONS, LLC; and SYNCHRONY FINANCIAL, | ) ) ) | |
| Defendants. | ) ) | |

**SYNCHRONY FINANCIAL'S UNOPPOSED MOTION FOR LEAVE
TO EXCEED THE FIFTEEN-PAGE LIMIT ON ITS MEMORANDUM OF LAW IN
SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to this Court's December 1, 2022 Order, ECF No. 27, Defendant Synchrony Financial ("Synchrony"), by its attorneys, hereby files this Unopposed Motion for Leave to Exceed the Fifteen-Page Limit on its Memorandum of Law in Support of its Motion to Dismiss with Prejudice the Amended Complaint, respectfully requesting that the Court grant Synchrony leave to file a Memorandum of Law in support of the Motion to Dismiss containing no more than 19 pages. In support, Synchrony states as follows:

1. Synchrony filed its Motion to Dismiss, pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure, on November 30, 2022, pursuant to the Court's November 21, 2022 order (ECF No. 21). Synchrony also filed, on that date, its Memorandum of Law in Support of its Motion to Dismiss with Prejudice.

2. Synchrony requires in excess of 15 pages in order to present properly, in its Memorandum of Law, the several and independent grounds for dismissal of the Illinois Consumer

Fraud and Deceptive Business Practices Act ("ICFA") claim alleged against Synchrony. Notwithstanding the fact that the Amended Complaint only contains one count against Synchrony (ECF No. 20), the Factual Allegations section in the Amended Complaint contains 28 references to Synchrony and its purported conduct whereas the same section in the initial complaint only references Synchrony three times. Further, the Amended Complaint has amended the ICFA count to include 15 theories regarding which of Synchrony's practices are purportedly unfair and/or deceptive under the ICFA. Thus, in an effort to present the Court with a comprehensive argument regarding how these theories do not survive the particularity requirements of Rule 9(b) and/or state a claim under Rule 12(b)(6), Synchrony has filed a 19-page Memorandum of Law.

3. Local Rule 7.1 states that a brief filed in support of a motion before the Court may exceed 15 pages, with leave of Court.

4. Counsel for Plaintiff has advised undersigned counsel, in a telephone conversation on December 2, 2022, that he does not oppose Synchrony's motion to exceed the 15-page limit.

WHEREFORE, Synchrony respectfully requests that the Court grant it leave to file its Memorandum of Law in Support of its Motion to Dismiss with Prejudice, not to exceed 19 pages.

| | |
|---|---|
| Dated: December 6, 2022 | Respectfully submitted,<br><br>SYNCHRONY FINANCIAL<br><br>By: /s/ *Megan B. Poetzel*<br><br>Megan B. Poetzel (#6243664)<br>Elizabeth B. Scott (#6333329)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br>mpoetzel@jenner.com<br>escott@jenner.com<br><br>*Attorneys for Defendant Synchrony Financial* |

## **CERTIFICATE OF SERVICE**

I, Megan B. Poetzel, certify that on December 6, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Megan B. Poetzel*
Megan B. Poetzel